IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JONATHAN PATRICK SAUNDERS I,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTIAN BROTHERS AUTOMOTIVE - LEWISVILLE, CHRISTIAN BROTHERS AUTOMOTIVE CORPORATION, NATIONWIDE MUTUAL INSURANCE COMPANY, JASMINE ROBINSON, INDIVIDUALLY AND AS EMPLOYEE OF NATIONWIDE; CLARK HILL PLC, ALI HAYSLIP, IN HER INDIVIDUAL CAPACITY; PRESTON NAYLOR, INDIVIDUALLY; DOES 1-10, INCLUSIVE, RICHARD BRYAN BENET, BENET VEHICLE SERVICES - LEWISVILLE,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § | NO. 4:25-CV-00761-MJT-ZJH<br><br>JUDGE MICHAEL TRUNCALE |

ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 17, 2025, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pre-trial management. On October 21, 2025, *pro se* Plaintiff Jonathan Saunders ("Saunders") filed his *Fourth Amended Petition*. [Dkt. 97]. Pending before the Court are Defendants Christian Brothers Automotive – Lewisville, Christian Brothers Automotive Corporation, Nationwide Mutual Insurance Company, Jasmine Robinson, Clark Hill PLC, Ali Hayslip, Preston Naylor, Does 1-10, inclusive, Richard Bryan Benet, and Benet Vehicle Services – Lewisville's *Motions to Dismiss* [Dkts. 98, 100, 101, 102, 103]. Judge Hawthorn issued a report recommending that the Court grant Defendants' motions to dismiss. [Dkt. 125].

On August 3, 2026, Saunders filed an *Objection* [Dkt. 126] to Judge Hawthorn's *Report and Recommendation* [Dkt. 125]. A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3). The court has reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 125] and has considered Saunders's *Objections* [Dkt. 126]. The court holds that Judge Hawthorn's findings and conclusions of law are correct, and that Saunders's objections are without merit.

It is therefore ORDERED that Saunders's *Objections* [Dkt. 126] are OVERRULED. It is further ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 125] is ADOPTED.

The court will enter a Final Judgment separately.

**SIGNED this 11th day of August, 2026.**

Michael J. Truncale
United States District Judge